**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DONNIE WATTS** **PLAINTIFF**

**v.** **No. 4:25-cv-1136-DPM**

**UNITED STATES OF AMERICA** **DEFENDANT**

# JUDGMENT

Watts's complaint is dismissed with prejudice. The Court retains jurisdiction until 19 October 2026.

D.P. Marshall Jr.
United States District Judge

14 August 2026